Frank J. Stastny, Appellee, v. Francis Karel, Appellant.
Francis Karel, Appellant, v. Frank J. Stastny, Appellee.

Gen. Nos. 40,897 and 40,961.

opinion filed June 24, 1940. Brenner & McBride and Ode L. Rankin, for appellant; Ode L. Rankin and Thomas G. McBride, of counsel; Fred I. Simon, for appellee. Opinion by JUSTICE McSURELY. "Not to be published in full."